UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Thomas Woodward,<br>     *Plaintiff*,<br><br>v.<br><br>Christopher Anderson, Laura<br>Williams, Baily Gray, Edna<br>Staniszewski, City of Austin, Texas,<br>     *Defendants*. | Case No. 1:24-CV-01088-ADA |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Dustin Howell. Dkt. 8. Judge Howell issued the report and recommendation on January 17, 2025, *id.* at 10, and Plaintiff filed objections to the report and recommendation on January 31, 2025, Dkt. 10.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C).

Because Plaintiff timely objected to the report and recommendation, Dkt. 10, the Court has reviewed the report and recommendation *de novo*. Having done so, the Court finds that Plaintiffs' objections should be overruled and that the report and recommendation should be adopted.

It is therefore **ORDERED** that the report and recommendation of Judge Howell (Dkt. 8) is **ADOPTED**. It is further **ORDERED** that Plaintiff's cause of action is **DISMISSED** as frivolous under 28 U.S.C. § 1915(e)(2) and that Plaintiff's

remaining pending motions are **DISMISSED AS MOOT** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B).

SIGNED on February 20, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE